UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NDEYE MARIEME KAMARA,                          14-CV-61973-Cohn/Seltzer

     Plaintiff,

v.

THE KEYES COMPANY,
a Florida Corporation,

     Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    THE KEYES COMPANY
        c/o FRIEDLANDER & KAMELHAIR, PL, Registered Agent
        10091 NW 1ST COURT
        PLANTATION, FLORIDA 33324

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Joshua A. Glickman, Esq., josh@sjlawcollective.com
        Shawn A. Heller, Esq., shawn@sjlawcollective.com
        Social Justice Law Collective, PL
        P.O. Box 70327
        Washington, DC 20024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 28, 2014**



Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

**SUMMONS**