UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 0:14-cv-61973-JIC

NDEYE MARIEME KAMARA,

    Plaintiff,

v.

THE KEYES COMPANY,
a Florida Corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Ndeye Marieme Kamara, jointly with Defendant, hereby files this Stipulation of Voluntary Dismissal, with prejudice, and by agreement of the parties each side will bear their own respective attorneys' fees and expenses.

Respectfully submitted,

Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com
Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com

Social Justice Law Collective, PL
P.O. Box 70327
Washington, DC 20024
(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff

By: _s/ Joshua A. Glickman_
      Joshua A. Glickman, Esq.

>/s/ Bruce D Friedlander
>Bruce D Friedlander, Esq.,
>FRIEDLANDER & KAMELHAIR, PL
>ATTORNEYS AT LAW
>10091 NW 1st Court
>Plantation Florida 33324-7006
>Ph (954) 893-1376; (305) 371-7386
>Fax (954) 893-1377
>Email bdf@friedlanderkamelhair.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 21st day of October, 2014, which will send a notice of electronic filing to all attorneys of record.

>By: */s/ Joshua A. Glickman*
>Joshua A. Glickman